[952 NE2d 1061, 929 NYS2d 68]

In the Matter of the Estate of Rocky H. Aoki, Also Known as Hiroaki Aoki, Deceased.

Keiko Ono Aoki, Respondent, v Kana Aoki Nootenboom et al., Appellants, et al., Respondent.

Decided June 9, 2011

### APPEARANCES OF COUNSEL

*Holland & Knight, LLP*, New York City (*Joseph P. Sullivan* of counsel), for appellants.

*Rosenberg Feldman Smith, LLP*, New York City (*Richard B. Feldman, Michael H. Smith* and *McKenzie A. Livingston* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and the certified question answered in the affirmative. We agree with the Appellate Division that Surrogate's Court did not abuse its discretion by setting a December

2009 deadline for the completion of discovery and limiting the identity and number of individuals to be deposed.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.